```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT

GARY KEMP,                        :
                                  :
     Plaintiff,                   :
                                  :
     v.                           :
                                  :   CASE NO. 3:13CV95(AWT)
HARTFORD FIRE INSURANCE           :
COMPANY,                          :
                                  :
     Defendant.                   :
                                  :
```

RULING ON MOTION TO COMPEL

Plaintiff Gary Kemp brings this action against defendant Hartford Fire Insurance Company alleging employment discrimination. Pending before the court is defendant's Motion to Compel. (Doc. #22.)[1] A motion to compel is entrusted to the sound discretion of the district court. In re Fitch, Inc., 330 F.3d 104, 108 (2d Cir. 2003). After hearing oral argument on October 3, 2013, the Motion to Compel is GRANTED as follows:

1. Plaintiff's objections to Interrogatory #20 and Request for Production #27 are overruled. By agreement of counsel, the requests are limited to information and documents from May 2011 to the present. (See Def.'s Br., doc. #22-1 at 6.)

2. Plaintiff's objections to Request for Production #26 are overruled, including plaintiff's objection to production of federal and state income tax returns.

---

[1] District Judge Alvin W. Thompson referred the motion to the undersigned. (Doc. #23.)

3. Plaintiff's objections to Requests for Production #28 and #29 are overruled.  If responsive documents do not exist or have been produced already, plaintiff shall so swear under oath.

SO ORDERED at Hartford, Connecticut this 7th day of October, 2013.

```
            _____/s/_____
            Donna F. Martinez
            United States Magistrate Judge
```